MILLER & MILLER and W. D. CRAWFORD, for plaintiffs.
THORNTON & McMICHAEL and G. P. MUNRO, for defendants.

### SMITH v. THE MAYOR AND COUNCIL OF DALTON.

A bill of exceptions which complains of error in granting a nonsuit, and which sets out the evidence adduced on the trial, but neither states that none of the record is material nor specifies any part as being material, and to which the judge's certificate is in the form used prior to the act of November, 1889, instead of conforming to the provisions of that act, cannot, over a motion to dismiss the writ of error, be entertained, inasmuch as the writ is different from that prescribed as the exclusive mode of bringing cases to this court.                                 *Writ of error dismissed.*

July 10, 1893.

JONES & MARTIN, for plaintiff.
MADDOX & STARR, for defendant.

### AYCOCK v. THE BANK OF BAINBRIDGE.

When the judgment of the superior court which is sought to be reviewed is one denying or overruling a motion for a new trial, and the bill of exceptions neither sets forth any evidence nor specifies any as material to be sent up, and does not state that none of the evidence is material, and where the certificate of the judge to the bill of exceptions makes no mention of or reference to any evidence, there is no proper writ of error applicable to the case sought to be brought up, and the motion to dismiss the defective writ for this reason must be granted.                        *Writ of error dismissed.*

July 17, 1893.

O. G. GURLEY, by brief, for plaintiff in error.
RUSSELL & RUSSELL, by HARRISON & PEEPLES, *contra.*